# BRACH | EICHLER llc

Shannon Carroll
Direct Dial: 973-403-3126
Direct Fax: 973-618-5988
E-mail: scarroll@bracheichler.com

MEMORANDUM ENDORSED

February 28, 2025

**VIA ECF**

Hon. Gabriel W. Gorenstein, U.S.M.J.
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

> **Re:    State Farm v. Linden Orthopaedic, P.C.**
> **Case No.:  1:23-cv-08678-PAE**

Dear Judge Gorenstein:

We are counsel to Defendant Linden Orthopaedic P.C.  We respectfully request a two-week adjournment of the settlement conference currently scheduled on March 4, 2025.

We submit that there is a good cause for the adjournment given that the parties are very close to the resolution with only one term left in dispute as outlined in our settlement papers.

Plaintiff consents to this request.  We appreciate the Court's consideration.

Respectfully submitted,

Shannon Carroll

Settlement conference adjourned to March 31, 2025, at 10:00 a.m.  Supplemental letters describing the results of the recent settlement discussions shall be submitted on or before March 25, 2025.

So Ordered.

GABRIEL W. GORENSTEIN
United States Magistrate Judge
March 3, 2025