# BRACH | EICHLER LLC

MEMORANDUM ENDORSED

Shannon Carroll
Direct Dial: 973-403-3126
Direct Fax: 973-618-5988
E-mail: scarroll@bracheichler.com

March 27, 2025

**VIA ECF**

Hon. Gabriel W. Gorenstein, U.S.M.J.
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

> Re:   State Farm v. Linden Orthopaedic, P.C.
>       Case No.:  1:23-cv-08678-PAE

Dear Judge Gorenstein:

We are counsel to Defendant Linden Orthopaedic P.C. ("Linden Ortho") in this case and write to further update the Court on the settlement status.

After our submission earlier this week, the parties resolved the final area in dispute and exchanged a revised settlement agreement.

As a result, we respectfully request a thirty-day adjournment of the settlement conference on March 31, 2025. We submit that there is good cause for this adjournment, as the parties are in the process of finalizing the settlement agreement and executing it. This adjournment will permit the parties to execute the settlement agreement and file a notice of dismissal on the docket resolving this matter.

Plaintiff consents to this request. We appreciate the Court's consideration.

Respectfully submitted,

*/s/ Shannon Carroll*

Shannon Carroll

---

In light of the settlement, the conference scheduled for March 31, 2025, is cancelled.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge

March 27, 2025